## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, GOVERNMENT COORDINATING COUNCIL 1, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants.* | Case No. 1:25-cv-03826-PLF<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

3939193

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs move for summary judgment.

Plaintiffs IBEW Government Coordinating Council-1 and IBEW Local Unions 77, 283, 611, 640, 1245, 1759, 2159, 1959, and 1002 challenge Executive Order No. 14251 entitled "Exclusions from Labor-Management Relations Programs" and Executive Order No. 14343 entitled "Further Exclusions from Labor-Management Relations Programs." The Executive Orders seek to strip Plaintiffs and the federal employees they represent of collective bargaining rights expressly protected by Section 704 of the Civil Service Reform Act of 1978 and are thus *ultra vires* and contrary to law. President Donald J. Trump also issued the Executive Orders in retaliation for the Plaintiffs' exercise of their First Amendment rights. The Executive Orders are thus unconstitutional and contrary to law. There are no genuine issues of material fact with respect to these claims, and they are therefore ripe for summary judgment.

For these reasons and the reasons set forth in the accompanying Memorandum of Points and Authorities, Statement of Undisputed Material Facts, and declarations and exhibits thereto, Plaintiffs request that the Court grant their Motion for Summary Judgment and enter the relief requested in the Proposed Order.

3939193

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | KEKER, VAN NEST & PETERS LLP |
| Dated: December 19, 2025 |  |  |
|  | By: | */s/ Laurie Carr Mims* |
|  |  | Brook Dooley *(pro hac vice pending)* <br> Laurie Carr Mims (D.C. Bar #487732) <br> Travis Silva *(pro hac vice pending)* <br> Claire Bonelli *(pro hac vice pending)* <br> Elizabeth Heckmann *(pro hac vice pending)* <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:  415 391 5400 <br> Facsimile:  415 397 7188 <br> BDooley@keker.com <br> LMims@keker.com <br> TSilva@keker.com <br> CBonelli@keker.com <br> EHeckmann@keker.com |
|  |  | *Attorneys for Plaintiffs* <br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS |

3939193

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the within motion and it is available for viewing and downloading from the Court's CM/EFC System, and that the participants in the case that are registered CM/EFC users will be served electronically by the CM/EFC system.

I further certify that I will serve by certified mail a copy of this motion and all supporting papers on the individuals listed below (*see* Fed. R. Civ. P. 4(i)), and that such mailing is intended to be completed on December 22, 2025:

1. Donald J. Trump, in his official capacity as President of the United States, 1600 Pennsylvania Ave N.W. Washington, D.C. 20500.

2. United States Department of Energy, 1000 Independence Avenue S.W. Washington, D.C. 20585.

3. Chris Wright, in his official capacity as Secretary for the United States Department of Energy, 1000 Independence Avenue S.W. Washington, D.C. 20585.

4. United States Department of the Interior, 1849 C Street N.W. Washington, D.C. 20240.

5. Doug Burgum, in his official capacity as Secretary for the United States Department of Interior, 1849 C Street N.W. Washington, D.C. 20240.

*/s/ Laurie Carr Mims*

3939193