IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, GOVERNMENT COORDINATING COUNCIL 1, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants.* | Case No. 1:25-cv-03826-PLF<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

3935917

It is hereby ORDERED that Plaintiffs' Motion for Summary Judgement is GRANTED; it is

FURTHER ORDERED that Section 2 of the Executive Order entitled "Exclusions from Federal Labor-Management Relations Programs," Exec. Order No. 14251, 90 Fed. Reg. 14553 (Mar. 27, 2025) ("Executive Order 14251"), is *ultra vires*, contrary to Section 704 of the Civil Service Reform Act of 1978, Pub.L. No. 95-454, 92 Stat. 111 (1978), and in violation of the First Amendment to the United States Constitution as applied to Plaintiffs; it is

FURTHER ORDERED that Section 2 of the Executive Order entitled "Further Exclusions from the Federal Labor-Management Relations Program," Exec. Order No. 14343, 90 FR 42683 (Aug. 28, 2025), ) ("Executive Order 14343"), is *ultra vires*, contrary to Section 704 of the Civil Service Reform Act of 1978, Pub.L. No. 95-454, 92 Stat. 111 (1978), and in violation of the First Amendment to the United States Constitution as applied to Plaintiffs; it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order 14251 and Executive Order 14343 as to Plaintiffs; it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are ordered to resume collective bargaining with Plaintiffs regarding all terms and conditions of employment and other employment benefits which were the subject of negotiation in accordance with prevailing rates and practices prior to August 19, 1972, as required by Section 704 of the Civil Service Reform Act of 1978, Pub.L. No. 95-454, 92 Stat. 111 (1978); and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are ordered to resume collective bargaining with Plaintiffs regarding pay and pay practices in accordance with prevailing rates and pay practices, as required by Section 704 of the Civil Service Reform Act of 1978, Pub.L. No. 95-454, 92 Stat. 111 (1978).

IT IS SO ORDERED

Dated: _____, 2026         _____
                                        PAUL L. FRIEDMAN
                                        United States District Judge