# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, GOVERNMENT COORDINATING COUNCIL 1, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants.* | Case No. 1:25-cv-03826-PLF<br><br>**PLAINTIFFS' NOTICE OF ERRATA** |

3941685

      Plaintiffs GCC-1 and IBEW Local Unions 77, 283, 611, 640, 1245, 1759, 1959, 2159, and 1002 respectfully submit this notice of errata to correct the inadvertent omission of Appendices A–E as attachments to Plaintiffs' Memorandum of Points and Authorities in support of Plaintiffs' Motion for Summary Judgment. ECF No. 9-1. Plaintiffs concurrently submit the attached Corrected Memorandum of Points and Authorities in support of Plaintiffs' Motion for Summary Judgment correcting this omission and making no other changes.

Dated: December 22, 2025

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Laurie Carr Mims*
Brook Dooley *(pro hac vice pending)*
Laurie Carr Mims (D.C. Bar #487732)
Travis Silva *(pro hac vice pending)*
Claire Bonelli *(pro hac vice pending)*
Elizabeth Heckmann *(pro hac vice pending)*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
BDooley@keker.com
LMims@keker.com
TSilva@keker.com
CBonelli@keker.com
EHeckmann@keker.com

*Attorneys for Plaintiffs*
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

3941685

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the within document(s) and they are available for viewing and downloading from the Court's CM/EFC System, and that the participants in the case that are registered CM/EFC users will be served electronically by the CM/EFC system.

I further certify that I will serve by certified mail a copy of these document(s) and all supporting papers on the individuals listed below (*see* Fed. R. Civ. P. 4(i)), and that such mailing is intended to be completed on December 22, 2025:

1. Donald J. Trump, in his official capacity as President of the United States, 1600 Pennsylvania Ave N.W., Washington, D.C. 20500

2. United States Department of Energy, 1000 Independence Avenue S.W., Washington, D.C. 20585

3. Chris Wright, in his official capacity as Secretary for the United States Department of Energy, 1000 Independence Avenue S.W., Washington, D.C. 20585

4. United States Department of the Interior, 1849 C Street N.W., Washington, D.C. 20240

5. Doug Burgum, in his official capacity as Secretary for the United States Department of Interior, 1849 C Street N.W., Washington, D.C. 20240

6. Jeanine Pirro, United States Attorney's Office for the District of Columbia, Attn: Civil Process Clerk, 601 D Street, N.W., Washington D.C. 20579

7. Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530

*/s/ Laurie Carr Mims*

3941685